## STATE OF CONNECTICUT *v.* JOHN TYLER FUESSENICH

The defendant's petition for certification for appeal from the Appellate Court, 50 Conn. App. 187 (AC 16605), is denied.

BORDEN and PALMER, Js., did not participate in the consideration or decision of this petition.

*Hubert J. Santos* and *Hope C. Seeley*, in support of the petition.

*Rita M. Shair*, assistant state's attorney, in opposition.